Eastman Kodak Company against Maurice G. Gennert and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 129 N. Y. Supp. 1120.

ROBSON, J., dissents.

EATON v. HARTFORD FIRE INS. CO. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Charles M. Eaton against the Hartford Fire Insurance Company. No opinion. Motion granted, on payment of $10 costs. Order filed.

EDLIN, Respondent, v. BROOKLYN R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Annie L. Edlin, as administratrix, etc., of Arthur T. Edlin, deceased, against the Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

EIDT v. EIDT et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by John C. Eidt against Margaret Eidt and others. No opinion. Motion granted. Question certified as stated in order. Order filed.

ELBERT, Respondent, v. GEHRIG, Appellant. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Benedict Elbert against Karl T. Gehrig, as treasurer, etc. S. J. Block, for appellant. A. P. Wagener, for respondent. No opinion. Order modified, by requiring plaintiff to pay all costs of action to date and $10 costs of opposing motion as a condition of allowing him to reply, and, as so modified, affirmed, without costs. Settle order on notice.

ELDER, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 31, 1911.) Action by Frank S. Elder against the International Railway Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 128 N. Y. Supp. 1122.

In re ELLISON. (Supreme Court, Appellate Division, First Department. June 9, 1911.) In the matter of John E. Ellison. No opinion. Motion denied. Settle order on notice.

EMERSON, Appellant, v. McADOO et al., Respondents. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Sarah H. Emerson against William McAdoo and others. B. Rembaugh, for appellant. T. Farley, for respondents. No opinion. Order affirmed. Order filed.

EPPINGER & RUSSELL CO., Respondent, v. UNITED STATES WOOD PRESERVING CO., Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1911.) 129 N.Y.S.—71

Action by the Eppinger & Russell Company against the United States Wood Preserving Company. J. J. Cunneen, for appellant. S. A. Crummey, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

EVANS et al. v. PELTA et al. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Bertha Evans and others against Charles Pelta and others. No opinion. Application granted. Order signed.

FARBEROFF v. S. BONEWUR, Inc. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Samuel Farberoff against S. Bonewur, Incorporated. No opinion. Motion denied, with $10 costs. Order filed.

FARBEROFF v. S. BONEWUR, Inc. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Samuel Farberoff against S. Bonewur, Incorporated. No opinion. Application denied, with $10 costs. Order signed.

FEDERAL SMELTING CO. v. SECURITY STEEL & IRON CO. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Appeal from Special Term. Action by the Federal Smelting Company against the Security Steel & Iron Company. From an order reducing plaintiff's costs, it appeals. Affirmed. Shaw, Bailey & Murphy, for appellant. Edgar T. Brackett, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOUGHTON, J., not sitting.

BETTS, J. (dissenting). I concur with the prevailing opinion herein, except in two particulars:

First. The Special Term was clearly wrong in my opinion, in deducting from the costs as taxed $25 from the $35 item allowed upon the amendment of the answer. That $35 was allowed to plaintiff by the Special Term February 27, 1909, Justice Fitts presiding, as a condition imposed on the defendant for permission granted to amend its answer. That order still stands, not appealed from, so far as appears, and could not be reversed by another justice sitting at Trial or Special Term. It should have been permitted as costs taxed or allowance made by direction of a justice of the court. So far as this $35 item is concerned, it is just the same in the bill of costs taxed by plaintiff and the credit thereon by the plaintiff as though it had not been inserted at all. It has taxed the $35 as granted by the court, and has credited the same amount as a payment thereof by the defendant. As it is in the order appealed from, $10 only is allowed the plaintiff for the amendment, and the defendant is credited with having paid $35 on that $10, which, of course,